IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

LONNIE KADE WELSH,                    )
                                      )
              Plaintiff,              )
                                      )
v.                                    )
                                      )
JAMES THOMAS CAMMACK,                 )
                                      )
              Defendant.              )        Civil Action No. 5:22-CV-098-C

**ORDER**

Before the Court are the Findings, Conclusions, and Recommendation of the United

States Magistrate Judge (filed June 30, 2023) therein advising the Court that it should dismiss

Plaintiff's claims with prejudice in accordance with 28 U.S.C. § 1915(e)(2)(B).[1]

The Court conducts a *de novo* review of those portions of the Magistrate Judge's report or

specified proposed findings or recommendations to which a timely objection is made.  28 U.S.C.

§ 636(b)(1)(C).  Portions of the report or proposed findings or recommendations that are not the

subject of a timely objection will be accepted by the Court unless they are clearly erroneous or

contrary to law.  *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

The Court has conducted an independent review of the Magistrate Judge's findings and

conclusions and finds no error.  It is therefore **ORDERED** that the Findings, Conclusions, and

---

[1] Plaintiff failed to timely file any objections to the Magistrate Judge's Report and
Recommendation, which were due within 14 days from the filing of the Report and Recommendation.

Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court.  For the

reasons stated therein, Plaintiff's claims are **DISMISSED** with prejudice.

SO ORDERED this _____ day of July, 2023.


_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE